1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    ALFREDO PORRAS-LOPEZ

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

    UNITED STATES OF AMERICA,     )
12                                )   Cr.S. 11-0116-JAM
                 Plaintiff,       )
13                                )   **STIPULATION AND ORDER**
          v.                      )
14                                )   DATE:  June 14, 2011
    ALFREDO PORRAS-LOPEZ,         )   TIME:  9:30 a.m.
15                                )   JUDGE: Hon. John A. Mendez
                 Defendant.       )
16                                )
    _____ )
17

18      This case is currently scheduled for a status hearing on April 12,

19   2011.  The parties have conferred and agree that additional time is

20   needed for negotiation between the parties with the hope of resolving

21   the case.  Specifically, the parties have agreed that a pre-plea

22   advisory guideline presentence investigation report would aid the

23   parties toward resolving the case and respectfully request that this

24   Court order the Probation Office to produce a pre-plea advisory

25   guideline presentence investigation report in Mr. Porras-Lopez's case.

26      It is hereby stipulated and agreed to between the United States of

27   America through MICHELE BECKWITH, Assistant U.S. Attorney, and

28   defendant, ALFREDO PORRAS-LOPEZ by and through his counsel, BENJAMIN

1 | GALLOWAY, Assistant Federal Defender, that the status conference set

2 | for Monday, April 12, 2011 be continued to Tuesday, June 14, 2011 at

3 | 9:30 a.m..

4 |     The reason for this continuance is to allow defense counsel

5 | additional time to review discovery with the defendant, to examine

6 | possible defenses and to continue investigating the facts of the case.

7 |     The parties further agree that a pre-plea advisory guideline

8 | presentence investigation report from the probation office will aid

9 | counsel in resolving the case.

10 |     Speedy trial time is to be excluded from the date of this order

11 | through the date of the status conference set for March 9, 2009

12 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

13 | prepare] (Local Code T4).

14

15

16 | DATED: April 7, 2011        Respectfully submitted,
                            DANIEL J. BRODERICK

17 |                             Federal Defender

18 |                             /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY

19 |                             Assistant Federal Defender
                            Attorney for Defendant

20 |                             ALFREDO PORRAS-LOPEZ

21

22 | DATED: April 7, 2011        BENJAMIN B. WAGNER
                            United States Attorney

23

24 |                             /s/ Benjamin Galloway for
                            MICHELE BECKWITH

25 |                             Assistant U.S. Attorney
                            Attorney for Plaintiff

26

27

28

1

**O R D E R**

2      **IT IS SO ORDERED.**   Time is excluded from today's date through and

3   including June 14, 2011 in the interests of justice pursuant to 18

4   U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code

5   T4.

6      In addition, the Court further ORDERS the United States Probation

7   Office to prepare and disclose to the parties a  pre-plea advisory

8   guideline presentence investigation report.

9

10   DATED: April 7, 2011                /s/ John A. Mendez
                                         JOHN A. MENDEZ
11                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3**