```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFREDO PORRAS-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> ALFREDO PORRAS-LOPEZ,           )<br>                                 )<br>            Defendant.           )<br> _____) | Cr.S. 11-0116-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 12, 2011<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

This case is currently scheduled for a status hearing on June 14, 2011.  At the parties' request, the Court previously ordered the Probation Office to produce a pre-plea advisory guideline presentence investigation report.  The Probation Office has informed the parties that additional time is needed to complete that report.  Once the report is complete, the parties will endeavor to resolve the case.

For the foregoing reasons, it is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ALFREDO PORRAS-LOPEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, June 14, 2011 be continued

to Tuesday, July 12, 2011 at 9:30 a.m..

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 12, 2011 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 8, 2011           Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALFREDO PORRAS-LOPEZ


DATED: June 8, 2011           BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              MICHELE BECKWITH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 12, 2011 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 6/8/2011               /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Judge