DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFREDO PORRAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALFREDO PORRAS-LOPEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 11-0116-JAM <br><br> **STIPULATION AND ORDER** <br><br> DATE: August 9, 2011 <br> TIME: 9:30 a.m. <br> JUDGE: Hon. John A. Mendez |

This case is currently scheduled for a status hearing on July 12, 2011.  At the parties' request, the Court previously ordered the Probation Office to produce a pre-plea advisory guideline presentence investigation report.  The parties continue to await the receipt of that report.  Once the report is complete, the parties will endeavor to resolve the case.

For the foregoing reasons, it is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ALFREDO PORRAS-LOPEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, July 12, 2011 be continued

to Tuesday, August 9, 2011 at 9:30 a.m..

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 9, 2011 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 7, 2011      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
ALFREDO PORRAS-LOPEZ

DATED: July 7, 2011      BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 9, 2011 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: 7/8/2011      /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

2