DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFREDO PORRAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALFREDO PORRAS-LOPEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Cr.S. 11-0116-JAM <br><br> **STIPULATION AND ORDER** <br><br> DATE: August 23, 2011 <br> TIME: 9:30 a.m. <br> JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for plaintiff, and BENJAMIN GALLOWAY, Assistant Federal Defender, attorney for defendant, that the status conference set for August 9, 2011, at 9:30 a.m., be rescheduled for change of plea and judgment and sentencing on August 23, 2011, at 9:30 a.m..

This continuance is being requested as the parties have reached a resolution of the matter, but the defense needs additional time to prepare and submit additional material in support of that resolution.

Speedy trial time is to be excluded from the date of this order through the date of the change of plea and judgment and sentencing hearing set for August 23, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 5, 2011            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /S/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALFREDO PORRAS-LOPEZ


DATED: August 5, 2011            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 MICHELE BECKIWTH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 23, 201, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: 8/5/2011                          /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Judge